AMN, INC. OF NEW JERSEY v. TOWNSHIP OF SOUTH
BRUNSWICK RENT LEVELING BOARD.

July 2, 1982.

Petition for certification granted.

STATE OF NEW JERSEY v. MIGUEL AYALA.

July 2, 1982.

Petition for certification denied.

PATRICK MECCA v. ALLSTATE INSURANCE COMPANY.

July 2, 1982.

Petition for certification denied.